**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

**No. 96-60505**
**Summary Calendar**
_____

**JOHNNY BURSE, Sgt.,**

**Plaintiff-Appellant,**

**VERSUS**

**ALICE SCOTT, in her official capacity as**
**Mayor of the City of Canton, Mississippi,**
**and in her individual capacity; JIMMY WILSON,**
**in his official capacity as Chief of Police**
**of the City of Canton, Mississippi, and in his**
**individual capacity; CITY OF CANTON, MISSISSIPPI,**

**Defendants-Appellees.**

_____

Appeal from the United States District Court
For the Southern District of Mississippi
(3:95-CV-678BN)
_____

December 31, 1996

Before JONES, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Burse filed suit against Scott, the Mayor of the City of

Canton, Mississippi, and against Wilson, the Chief of Police of the

---

[*]Pursuant to Local Rule 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in Local Rule 47.5.4.

City of Canton, Mississippi, both in their individual and official capacities, and against the City of Canton, Mississippi, itself, alleging that he was suspended and ultimately demoted from his job as Narcotics Investigator for the City of Canton/Madison County Sheriff's Department's Joint Drug Task Force as a result of retaliation for his support of the incumbent mayor of Canton in an election won by his challenger. Burse also alleged that he was denied due process by the actions of the defendants and that the defendants had made defamatory statements about him. The defendants moved for summary judgment which the lower court granted.

We have carefully reviewed the briefs, the reply brief, the record excerpts and relevant portions of the summary judgment record itself. For the reasons stated by the district court in its Opinion and Order filed under date of June 24, 1996, we are satisfied that the Final Judgment filed under date of June 24 is correct and should be affirmed.

**AFFIRMED.**

2